PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kimberly Annette Bowman</u>   Case Number: <u>3:12-00125-01</u>

Name of Sentencing Judicial Officer: <u>Honorable R. Allan Edgar, U.S. District Judge, EDTN</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>May 12, 2003</u>

Original Offense: <u>21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A) and 846 Conspiracy to Manufacture and Distribute 500 Grams or More of Methamphetamine</u>

Original Sentence: <u>120 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>September 27, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>To be determined</u>

---

The Court orders:

☑ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this _6th_ day of _March_, 2014, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place   Nashville

Date   March 6, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| <u>1.</u> | **The defendant shall refrain from any unlawful use of a controlled substance.** Ms. Bowman tested positive for marijuana on January 27, 2014. Her urine sample was mailed to the testing laboratory and on February 1, 2014, the probation office received notification that her urine was negative for marijuana.<br><br>When questioned by the probation officer on January 29, 2014, Ms. Bowman admitted to smoking marijuana, with her youngest son, on January 1, 2014. This illegal drug use occurred while she was on approved travel to visit her family over the holidays. Ms. Bowman reported she argued with her other son and used the drug to relax. She reported that she made a "mistake" and it would not happen again. |

**Compliance with Supervision Conditions and Prior Interventions:**
Kimberly Bowman is employed, part-time, and lives with her sister in Springfield, Tennessee. Ms. Bowman began her term of supervised release on September 27, 2011, and her supervision is due to terminate on September 26, 2016. Ms. Bowman was sentenced in the Eastern District of Tennessee and her supervision was transferred to the Middle District of Tennessee on July 11, 2012.

Following her positive drug test for marijuana, Ms. Bowman was given a verbal reprimand and re-instructed to not use any illegal substances. She currently participates in mental health treatment and receives medication monitoring services at the United Downtown Clinic in Nashville, Tennessee. Her therapist is aware of her illegal drug use and has increased her treatment services. Ms. Bowman's random drug testing has been increased and she has incurred no further positive test results.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Bowman remain on supervised release and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer