PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kimberly Annette Bowman</u>     Case Number: <u>3:12-00125-01</u>

Name of Sentencing Judicial Officer: <u>Honorable R. Allan Edgar, U.S. District Judge, EDTN</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>May 12, 2003</u>

Original Offense: <u>21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A) and 846 Conspiracy to Manufacture and Distribute 500 Grams or More of Methamphetamine</u>

Original Sentence: <u>120 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>September 27, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>To be determined</u>

---

The Court orders:

☒ No Action Necessary at this Time  *so recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ____ day of __April__, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place     Nashville

Date     April 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

Ms. Bowman tested positive for marijuana on March 12, 2014. Her urine sample was mailed to the testing laboratory, and on March 17, 2014, the probation office received notification that her urine was negative for marijuana.

When questioned by the probation officer on March 12, 2014, Ms. Bowman admitted to smoking marijuana at a bonfire, with friends and family, on March 8, 2014. This illegal drug use occurred on the property where Ms. Bowman resides. Ms. Bowman reported she was upset that one of her sons could not be at the bonfire and when the joint was passed to her, she took a long "drag" from it. She reported she knew what she did was wrong and was very upset with herself.

**Compliance with Supervision Conditions and Prior Interventions:**
Kimberly Bowman is employed, part-time, and lives with her sister in Springfield, Tennessee. Ms. Bowman began her term of supervised release on September 27, 2011, and her supervision is due to terminate on September 26, 2016. Ms. Bowman was sentenced in the Eastern District of Tennessee and her supervision was transferred to the Middle District of Tennessee on July 11, 2012.

A report was submitted to the Court on March 6, 2014, following her positive drug test for marijuana on January 27, 2014. Ms. Bowman was given a verbal reprimand and re-instructed to not use any illegal substances. The Court ordered no action on March 6, 2014.

Following her admission, on March 12, 2014, to using marijuana, Ms. Bowman was given another verbal reprimand and re-instructed, again, to not use any illegal substances.

Ms. Bowman currently participates in substance abuse treatment, mental health treatment, and receives medication monitoring services at the United Downtown Clinic in Nashville, Tennessee. Her therapist is aware of her illegal drug use and has increased her treatment services. Ms. Bowman's random drug testing has also been increased.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Bowman remain on supervised release and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer