PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kimberly Annette Bowman</u>    Case Number: <u>3:12-00125-01</u>

Name of Sentencing Judicial Officer: <u>Honorable R. Allan Edgar, U.S. District Judge, EDTN</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., U.S. District Judge</u>

Date of Original Sentence: <u>May 12, 2003</u>

Original Offense: <u>21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A) and 846 Conspiracy to Manufacture and Distribute 500 Grams or More of Methamphetamine</u>

Original Sentence: <u>120 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>    Date Supervision Commenced: <u>September 27, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>    Defense Attorney: <u>To be determined</u>

---

The Court orders:

☒ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 3rd day of November, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place    <u>Nashville</u>

Date    <u>November 3, 2014</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall not commit another federal, state, or local crime.** |

On October 18, 2014, Ms. Bowman was arrested and charged with Driving Under the Influence (a class A misdemeanor), in Rhea County, Tennessee. Her bond was set at $2,000. Ms. Bowman was released that same day, after making bond. Her next court hearing is scheduled for December 12, 2014, in the Rhea County General Sessions Court.

According to the arrest affidavit, attached for Your Honor's review, the Spring City Police Department received information that a Red Kia Sportage was at the Rocky Top Market and the driver was stating that she was intoxicated and lost. Officer Lesa Frady observed Ms. Bowman re-enter the highway and begin swerving and crossing the roadway lines. When Officer Frady made contact with Ms. Bowman, she was questioned about why she was swerving on the roadway. Ms. Bowman admitted to having a couple of drinks at "Chuck's" in Soddy Daisy, Tennessee, approximately 45 minutes earlier. She was observed, by Officer Frady, as being twitchy, with glassy eyes, and grinding her jowels. When asked if she had consumed any drugs, prescribed or otherwise, Ms. Bowman stated she thought someone had slipped a "toddy" in her drink, but she did not know his name. Ms. Bowman agreed to submit to a series of standardized field sobriety tests and was observed to be barefoot and unsteady on her feet upon exiting the vehicle. After submitting to the tests, Ms. Bowman was arrested for Driving Under the Influence and transported to Rhea County Medical Center, where she consented to a blood alcohol test.

When questioned by the probation officer regarding her arrest, Ms. Bowman reported she had two-three "lemon drop" shots at a local bar. She reported that she had intended to contact a relative to come and get her but somehow managed to end up on the interstate, headed to her son's residence in Dunlap, Tennessee. This trip had been previously approved by the probation officer. Ms. Bowman reported she got lost and stopped to asked for directions. She reported she remembered talking to two male individuals at the market where she stopped and putting her head in her hands, stating that she was intoxicated. When she pulled off to go the correct way, she was pulled over and arrested for Driving Under the Influence.

**Compliance with Supervision Conditions and Prior Interventions:**
Kimberly Bowman is temporarily unemployed, due to her moving to Dunlap, Tennessee, to live with her son. Ms. Bowman began her term of supervised release on September 27, 2011, and her supervision is due to terminate on September 26, 2016. She was sentenced in the Eastern District of Tennessee and her supervision was transferred to the Middle District of Tennessee on July 11, 2012.

A report was submitted to the Court on March 6, 2014, regarding Ms. Bowman's positive drug test for marijuana on January 27, 2014. Her random drug testing was increased and she was re-instructed to not use any illegal substances. The Court ordered no action on March 6, 2014.

A report was submitted to the Court on April 7, 2014, regarding Ms. Bowman's admission to using marijuana on March 8, 2014. While she was already participating in monthly mental health treatment and receiving medications from the United Downtown Clinic, the probation officer encouraged Ms. Bowman to seek out substance abuse treatment at the clinic as well. She was, again, re-instructed to not use any illegal substances.

On September 19, 2014, Ms. Bowman informed the probation officer that her sister and brother-in-law were evicting her from their home in Springfield, Tennessee. She stressed her concern about where she could live and requested permission to transfer back to the Eastern District of Tennessee, where she was sentenced, to live with her son and his family. The probation officer requested her relocation request be investigated by the Eastern District of Tennessee, and on October 23, 2014, her case was approved for transfer. Ms. Bowman was notified by the probation officer and given reporting instructions to meet with her probation officer in the Eastern District of Tennessee on October 30, 2014.

Prior to her transfer back to the Eastern District of Tennessee, Ms. Bowman participated in substance abuse treatment, mental health treatment, and received medication monitoring services at the United Downtown Clinic in Nashville, Tennessee. Her therapist was aware of her illegal drug use and the probation officer has been monitoring her illegal drug use by random drug tests. Ms. Bowman has been drug tested on 14 different occasions, since her last marijuana admission in March 2014, and all results have been negative.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Bowman remain on supervised release, be permitted to transfer to the Eastern District of Tennessee, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer

# GENERAL SESSIONS COURT OF RHEA COUNTY TENNESSEE

State of Tennessee vs. _____ Kimberly Annette Bowman _____

State Control # _____ Comp# 14-11604 _____ County Case # _____

Attorney for Defendant _____ Address 6678 HWY 76 East
Court Date _____ Springfield, TN 37173
State, Deft. to _____ at _____ am/pm   Phone 615-857-2807   DL# 058804029 TN
State, Deft. to _____ at _____ am/pm   DOB 06/19/1964   SSN# 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
State, Deft. to _____ at _____ am/pm   Sex Female Race White Ht 5'3 Wt 154 Hair BLN Eyes Brown
State, Deft. to _____ at _____ am/pm   Work UNEMPLOYED
State, Deft. to _____ at _____ am/pm

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about ___ Saturday, October 18, 2014 ___ In ___ Rhea ___ County, Tennessee, ___ Kimberly Annette Bowman ___ committed the offense(s) of violation(s) of T.C.A. § ___ Driving Under the Influence 55-10-401 ___

I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On Saturday, October 18, 2014, I received information that a Red Kia Sportage was at the Rocky Top Market and the driver was stating that she was intoxicated and lost. I observed the vehicle pull out of the store's parking lot onto Highway 27 South and make a right hand turn onto Piccadilly Avenue. I got behind the vehicle to observe the driver. While traveling west on Piccadilly Avenue, I observed the driver (Kimberly Annette Bowman) swerving and crossing the roadway lines. I initiated a stop. Ms. Bowman made a right hand turn off of Piccadilly onto Cash Street and came to a stop. I approached the Red Kia Sportage and spoke with Ms. Bowman. I stated that I had observed her swerving and asked if she was under the influence of any alcohol or drugs. Ms. Bowman stated that she had had a couple of drinks at "Chuck's" in Soddy Daisy, Tennessee. I asked her how long ago had she consumed them and she stated about forty-five minutes prior. Ms. Bowman was twitchy, eyes were glassy, grinding her jowls and her hands and feet were drawing. I once again asked if she had taken any drugs prescribed or otherwise. She stated that she thought someone had slipped a "toddy" in her drink. She did not know his name. I requested that Ms. Bowman submit to a series of standardized field sobriety tests. She agreed. Upon exiting the vehicle, Ms. Bowman was unsteady on her feet. Ms. Bowman was also barefoot and I asked if she would like to put her shoes on. She declined. After submitting the tests, I placed Ms. Kimberly Bowman under arrest for Driving Under the Influence TCA 55-10-401. I transported Ms. Bowman to Rhea County Medical Center where she consented to a blood alcohol test, then transported to the Rhea County Jail for booking. This incident occurred in Spring City, Tennessee.

Affiant's Signature: _____
Name (Printed): LESA FRADY-304
Address (Printed): SPRING CITY POLICE DEPT.
229 FRONT STREET, SPRING CITY, TN 37381
Phone Number: 423-365-6225

Sworn to and subscribed before me on
_____ 10·20 _____, 20 14
_____ Diane Brown _____
Judge/Clerk, Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in County, Tennessee the defendant committed the offense(s) of violation(s) of T.C.A.§ ___ Driving Under the Influence 55-10-401 ___

( ) Defendant given citation or arrested without warrant   (✓) Arrest warrant shall issue   ( ) Criminal summons shall issue

Date 10·20·14   Judge/Clerk/Judicial Commissioner Diane Brown